# United States Court of Appeals
## For the First Circuit

No.00-1099

GEORGE DIEFENBACH,

Plaintiff, Appellee,

v.

SHERIDAN TRANSPORTATION,

Defendant, Appellant.

SIX TUG BARGE CORPORATION,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on, October 6, 2000, is amended as follows:

Page 4, line 29:  Delete "* * * *" and insert in its place indented as a new paragraph ". . . ."

Page 5, line 6:  Insert an additional return between "<u>Sadler</u>. . . ." and the following paragraph beginning "Clearly".

Page 8, line 15:  Delete "expert - witness which it did."

and insert in its place "expert witness – which it did."